UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GULF INSURANCE COMPANY,

         Plaintiff,

    v.

FIRST BANK and DOES 1 through 50, inclusive,

         Defendants.

/

NO. CIV. S-08-209 LKK/JFM

O R D E R

    A status conference was held in chambers on April 14, 2008. After hearing, the court orders as follows:

    1.    A further status conference is set for May 27, 2008 at 2:30 p.m.

    IT IS SO ORDERED.

    DATED: April 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1