UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GULF INSURANCE COMPANY,

        Plaintiff,

    v.

FIRST BANK and DOES 1 through 50, inclusive,

        Defendants.
_____/

NO. CIV. S-08-209 LKK/JFM

O R D E R

In light of the pending notice of related cases, the court CONTINUES the hearing currently set for May 5, 2008 to June 2, 2008 at 10:00 AM. The briefing schedule remains unchanged; defendant's reply, if any, shall be filed no later than April 28, 2008.

Pursuant to stipulation, defendant may have until ten (10) days after the court's ruling on defendant's Motion to Dismiss the First Amended Complaint to file and serve its response to the First Amended Complaint.

IT IS SO ORDERED.

DATED: April 25, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT