1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11  GULF INSURANCE COMPANY, a
    Connecticut corporation
12                                      CASE NO. CIV 07-1581 WBS DAD
            Plaintiff,
13
        v.
14
    BALDWIN RANCH LIMITED
15  PARTNERSHIP, a California
    limited partnership, 1st
16  Granite Bay Corporation, a
    California corporation, QUAIL
17  POINT, INC., a California
    corporation, CHAD T. FRALICK,
18  an individual, EDWIN B.
    FRALICK, an individual, RHONDA
19  L. FRALICK, an individual, and
    FIRST GRANITE BAY CORPORATION,
20  a California corporation,

21          Defendants.
    _____/
22                                      ORDER OF NON-RELATION OF
                                        CASES
23  GULF INSURANCE COMPANY,

24          Plaintiff,

25      v.
                                        CASE NO. CIV 08-209 LKK JFM
26  FIRST BANK, and DOES 1 through
    50, inclusive,
27
            Defendants.
28  _____/

The court has received the Notice and Motion to Relate Cases concerning the above-captioned cases filed on April 17, 2008.  <u>See</u> Local Rule 83-123.  Plaintiff has filed a written opposition to relating the cases.  Upon reviewing the notice and opposition, the court has determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so.  This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED:  May 2, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE