1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9
GULF INSURANCE COMPANY,

10
                                    NO. CIV. S-08-209 LKK/JFM

11          Plaintiff,

12      v.
                                         O R D E R

13  FIRST BANK and DOES 1
    through 50, inclusive,

14
            Defendants.

15  _____/

16      In light of the recently filed third-party complaint, the

17  status conference currently set for May 27, 2008 is CONTINUED to

18  August 11, 2008 at 3:30 PM.  The defendant shall give notice to the

19  third-party defendants of the court's order regarding the contents

20  of the status conference report.  Status reports shall be filed ten

21  (10) days prior to the new status conference date.

22      IT IS SO ORDERED.

23      DATED:  May 23, 2008.

24

25                          LAWRENCE K. KARLTON
                            SENIOR JUDGE

26                          UNITED STATES DISTRICT COURT

                                    1