BUCHALTER NEMER
A Professional Corporation
  JEFFREY B. KIRSCHENBAUM (SBN: 152290)
  LORI S. LIU (SBN: 225599)
  CHRISTOPHER W. VINCENT (SBN: 227021)
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email:  jkirschenbaum@buchalter.com

Attorneys for Defendant
FIRST BANK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GULF INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST BANK, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:08-CV-00209-LKK-JFM<br><br>**STIPULATION AND ORDER RE DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br><br>Complaint Filed: January 28, 2008 |

This Stipulation for Order Re Deadline To Respond To Second Amended Complaint ("Stipulation") is entered into by and between Plaintiff Gulf Insurance Company ("Plaintiff") and Defendant First Bank ("Defendant") pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure and Rule 83-143 of the Local Rules of Practice for United States District Court, Eastern District of California.

**RECITALS**

WHEREAS, Plaintiff filed and served a First Amended Complaint ("FAC") on April 21, 2008;

WHEREAS, Defendant filed a Motion to Dismiss the FAC pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 2008019v1                                      -1-                    Case No. 2:08-CV-00209-LKK-JFM
STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO RESPOND TO SAC

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, the Court issued an Order dated April 25, 2008 and filed April 28, 2008, allowing Defendant until ten (10) days after the Court's ruling on Defendant's Motion to Dismiss the FAC to file and serve its response to the FAC;

WHEREAS, on June 4, 2008, the Court issued an Order granting in part and denying in part Defendant's Motion to Dismiss the FAC, granting ten (10) days leave to amend;

WHEREAS, Plaintiff intends to file a Second Amended Complaint ("SAC"); and

WHEREAS, the parties have agreed that Defendant should be relieved of its obligation to file a response to the FAC; and

WHEREAS, the parties have agreed that Defendant may have until ten (10) days after the filing and service of Plaintiff's SAC, to file and serve its response to the SAC.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel as follows:

1. Defendant has no obligation to file a response to the First Amended Complaint; and

2. Defendant may have until ten (10) days after the filing and service of Plaintiff's Second Amended Complaint, to file and serve its response to the Second Amended Complaint.

DATED: June 11, 2008         BUCHALTER NEMER
                             A Professional Corporation


                             By: /s/
                                 JEFFREY B. KIRSCHENBAUM
                                 Attorneys for Defendant FIRST BANK

DATED: June 10, 2008


                             By: /s/
                                 DANIEL C. WELCH
                                 Attorneys for Plaintiff GULF INSURANCE
                                 COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

    PURSUANT TO STIPULATION,

    IT IS SO ORDERED.

DATED:   June 12, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com