James D. Curran, Esq., SBN 126586
Daniel C. Welch, Esq., SBN 233244
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for Plaintiff,
GULF INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GULF INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST BANK,<br><br>    Defendant.<br><br>AND RELATED THIRD-PARTY ACTION. | Case No. 2:08-cv-00209-LKK-JFM<br><br>**STIPULATION FOR ORDER RE: GULF'S SECOND AMENDED COMPLAINT; AND ORDER THEREON**<br><br>Dept:    4<br>Judge:   Hon. Lawrence K. Karlton |

## STIPULATION

Plaintiff GULF INSURANCE COMPANY ("Gulf") and defendant FIRST BANK ("First Bank"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    Gulf and First Bank enter into this stipulation pursuant to Rule 83-143 of the Local Rules of Practice for the United States District Court, Eastern District of California, Sacramento Division.

    2.    On June 18, 2008, Gulf filed and severed its Second Amended Complaint.

///

2.     On June 27, 2008, First Bank filed a Notice of Motion and Motion to Dismiss (Document 46) and Request for Judicial Notice (Document 47), portions of Gulf's Second Amended Complaint pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure.  Documents 46 and 47 will be collectively referred to herein as "the Motion".

3.     First Bank's Motion is scheduled for a hearing on August 11, 2008 at 10:00 a.m. before the Honorable Lawrence K. Karlton in Courtroom 4 of the United States District Court for the Eastern District of California, Sacramento Division.

4.     Gulf will dismiss without prejudice its third cause of action for subrogation as against First Bank within ten (10) days of this Court signing the proposed order to be submitted with this stipulation.

5.     Gulf will not dismiss its fourth cause of action for declaratory relief as against First Bank.

6.     Gulf may file a motion to further to amend the Second Amended Complaint at a later time to conform to proof.  Such a motion may include, but not limited to, a cause of action for subrogation.

7.     If the attached Order is entered prior to August 11, 2008, the hearing date for the Motion, First Bank will withdraw the Motion in its entirety.

8.     First Bank and Gulf hereby request that the attached Order be entered and that hearing on the Motion, scheduled for August 11, 2008, be taken off-calendar.

Dated:  July 29, 2008               Buchalter Nemer
                                    (Original signature retained by attorney)
                                    _____/s/ Jeffrey B. Kirschenbaum___
                                    Jeffrey B. Kirschenbaum
                                    Attorneys for Defendant
                                    FIRST BANK

Dated:  July 29, 2008               Wolkin Curran, LLP
                                    (Original signature retained by attorney)
                                         /s/ James D. Curran_____
                                    James D. Curran
                                    Attorneys for Defendant
                                    GULF INSURANCE COMPANY

# ORDER

Pursuant to the stipulation above, and good cause appearing therefore, the Court orders as follows:

1. Gulf will dismiss without prejudice its third cause of action for subrogation as against First Bank within ten (10) days of entry of this Order.

2. Gulf will not dismiss its fourth cause of action for declaratory relief as against First Bank.

3. Gulf may file a motion to further to amend the Second Amended Complaint at a later time to conform to proof. Such a motion may include, but not limited to, a cause of action for subrogation.

4. The hearing on the Motion, scheduled for August 11, 2008, is vacated.

IT IS SO ORDERED.

Dated: August 4, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT