James D. Curran, Esq., SBN 126586
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:   (415) 982-9390
Facsimile:   (415) 982-4328

Attorneys for Plaintiff,
GULF INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GULF INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>FIRST BANK,<br><br>  Defendant.<br><br>AND RELATED THIRD-PARTY ACTION. | Case No.  2:08-CV-00209-LKK-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON FIRST BANK'S MOTION FOR SUMMARY JUDGMENT AND GULF INSURANCE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     March 9, 2009<br>Time:    10:00<br>Judge:   Hon. Lawrence K. Karlton<br>Dept:     4 |

Plaintiff GULF INSURANCE COMPANY ("Gulf") and defendant and third-party plaintiff FIRST BANK ("First Bank"), by and through their respective attorneys of record, hereby stipulate and request that the Court issue an order as follows:

**RECITALS**

**WHEREAS**, Gulf and First Bank enter into this stipulation pursuant to Rule 83-143 of the Local Rules of Practice for the United States District Court, Eastern District of California, Sacramento Division;

///

1.

STIPULATION TO CONTINUE HEARING AND [PROPOSED]     Case No.  2:08-CV-00209-LKK-JFM
ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS**, on January 2, 2009, First Bank filed and served its Notice of Motion and Motion for Summary Judgment or, in the Alternative, Summary Adjudication, of the Third Amended Complaint of Plaintiff Gulf Insurance Company (the "Summary Judgment Motion"), setting the motion for hearing on January 30, 2009 (Document 57). However, due to service issues, First Bank's hearing on the Summary Judgment Motion was required to be reset;

**WHEREAS**, on January 9, 2009, First Bank and Gulf filed a Stipulation with the Court (Document 62) requesting that the Court reset the hearing on First Bank's Summary Judgment Motion for March 9, 2009, in order for Gulf to file a cross-motion for summary judgment ("Cross-Motion for Summary Judgment") and be heard on the same date. The Stipulation also proposed a briefing schedule with respect to both First Bank's and Gulf's opposition and reply motions;

**WHEREAS**, on January 13, 2009, the Court granted the Stipulation and entered an Order setting both First Bank's Summary Judgment Motion and Gulf's Cross-Motion for Summary Judgment for hearing on March 9, 2009 (Document 63);

**WHEREAS**, on February 6, 2009, Gulf filed and served its Cross-Motion for Summary Judgment, setting the motion for hearing on March 9, 2009 (Document 65);

**WHEREAS**, Gulf's trial counsel is currently arbitrating another matter for another client before the American Arbitration Association (the "Arbitration"). The Arbitration was supposed to be concluded on Friday, February 20, 2009; however, due to the complexity of the issues, the Arbitration was continued until March 9, 2009 and is scheduled to continue on Friday, March 13, 2009. Gulf's counsel is unable to continue the Arbitration;

**WHEREAS**, counsel for First Bank has agreed to continue the hearing on First Bank's Summary Judgment Motion and Gulf's Cross-Motion for Summary Judgment until March 23, 2009; and

///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

1     **WHEREAS**, First Bank and Gulf agree that the proposed stipulation to continue the hearing on the instant motions will not alter the Court's briefing schedule. Gulf will electronically file and serve its Reply in support of its Cross-Motion for Summary Judgment no later than **March 2, 2009**, pursuant to Local Rule 78-230(d).

## STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that:

1. The hearing on First Bank's Summary Judgment Motion and Gulf's Cross-Motion for Summary Judgment, currently set for March 9, 2009, at 10:00 a.m. be continued until **March 23, 2009**, at 10:00 a.m. in Department 4 of this Court.

2. Gulf will electronically file and serve its Reply in support of its Cross-Motion for Summary Judgment no later than **March 2, 2009**, pursuant to Local Rule 78-230(d).

DATED: February 25, 2009      BUCHALTER NEMER
A Professional Corporation

By: */s/ Jeffrey B. Kirschenbaum* (as authorized)
      JEFFREY B. KIRSCHENBAUM
      Attorneys for Defendant
      FIRST BANK

DATED: February 25, 2009      WOLKIN CURRAN, LLP

By: */s/ James D. Curran*
      JAMES D. CURRAN
      Attorneys for Plaintiff
      GULF INSURANCE COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Pursuant to Stipulation of the Parties above,

**IT IS ORDERED** that the hearing on First Bank's Summary Judgment Motion and Gulf's Cross-Motion for Summary Judgment, currently set for March 9, 2009, at 10:00 a.m. is hereby continued until **March 23, 2009**, at 10:00 a.m. in Department 4 of this Court.

**IT IS FURTHER ORDERED** that Gulf will electronically file and serve its Reply in support of its Cross-Motion for Summary Judgment no later than **March 2, 2009**, pursuant to Local Rule 78-230(d).

DATED: March 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com