BUCHALTER NEMER
A Professional Corporation
   JEFFREY B. KIRSCHENBAUM (SBN: 152290)
   LORI S. LIU (SBN: 225599)
   ERIC S. VANDERPOOL (SBN: 187307)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: jkirschenbaum@buchalter.com

Attorneys for Defendant and Cross-Complainant
FIRST BANK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GULF INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>       vs.<br><br>FIRST BANK,<br><br>       Defendant.<br><br>AND RELATED THIRD-PARTY ACTION | Case No. 2:08-CV-00209-LKK-JFM<br><br>**ORDER APPROVING SUPERSEDEAS BOND OF DEFENDANT AND CROSS-COMPLAINANT FIRST BANK AND STAYING ENFORCEMENT OF JUDGMENT**<br><br>Judge:   Hon. Lawrence K. Karlton |

Whereas, this Court entered an Order and a resulting Judgment in the above-captioned case on April 10, 2009, against Defendant and Cross-Complainant First Bank ("First Bank") and in favor of Plaintiff Gulf Insurance Company; and

Whereas, First Bank has filed a Supersedeas Bond of Defendant and Cross-Complainant First Bank ("Supersedeas Bond") in response to the Order and the Judgment; and

After reviewing the Supersedeas Bond and finding it to be in compliance with all applicable statutes, orders and rules;

The Court HEREBY ORDERS,

The Supersedeas Bond filed with the Court by First Bank in this action is APPROVED; and

PDF created with pdfFactory trial version www.pdffactory.com

Enforcement of the Judgment is STAYED pending determination of First Bank's Motion for Reconsideration of the Order and Judgment and, if the Motion for Reconsideration is denied, First Bank's appeal of the Judgment to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: April 24, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com