UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GULF INSURANCE COMPANY,

        Plaintiff,

    v.

FIRST BANK and DOES 1 through 50, inclusive,

        Defendants.
_____/

NO. CIV. S-08-209 LKK/JFM

O R D E R

Pending before the court is defendant's motion for reconsideration, currently set to be heard on June 29, 2009. The court does not believe oral argument will be helpful in this matter and VACATES the hearing.

    IT IS SO ORDERED.

    DATED: June 22, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT