BUCHALTER NEMER
A Professional Corporation
  JEFFREY B. KIRSCHENBAUM (SBN: 152290)
  ERIC S. VANDERPOOL (SBN: 187307)
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email:  jkirschenbaum@buchalter.com
Email:  evanderpool@buchalter.com

Attorneys for Defendant
FIRST BANK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GULF INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>vs.<br><br>FIRST BANK,<br><br>       Defendant. | Case No. 2:08-CV-00209-LKK-JFM<br><br>**STIPULATED REQUEST AND ORDER DISCHARGING SUPERSEDEAS BOND**<br><br>**[BOND NO. 08948940]** |

## STIPULATION

**WHEREAS**, on April 10, 2009, the Court in the above-entitled action entered judgment in favor of Plaintiff GULF INSURANCE COMPANY ("Gulf") and against Defendant FIRST BANK ("First Bank") in the amount of $2,177,620.31 plus specified interest (Civil Docket Document No. ("Doc. No.") 92) ("the Judgment"); and

**WHEREAS**, on April 23, 2009, First Bank posted Supersedeas Bond No. 08948940 in the amount of $3,080,661.55, executed by Fidelity and Deposit Company of Maryland as surety ("the Supersedeas Bond") (Doc. No. 94), and a Proposed Order Approving the Supersedeas Bond (Doc. No. 95); and

**WHEREAS**, on April 24, 2009, the Court entered an Order Approving the Supersedeas Bond and staying the enforcement of the Judgment pending determination of First Bank's motion for reconsideration of the Court's summary judgment order and the Judgment and, in the event of

1  a denial of the motion for reconsideration, First Bank's appeal of the Judgment to the United
2  States Court of Appeals for the Ninth Circuit (Doc. No. 96); and

3      **WHEREAS**, on July 7, 2009, the Court denied First Bank's Motion for Reconsideration
4  (Doc. No. 104), and First Bank subsequently appealed the Judgment; and

5      **WHEREAS**, on October 18, 2010, the United States Court of Appeals for the Ninth
6  Circuit, in Case No. 09-16456, issued a memorandum opinion affirming this Court's summary
7  judgment in Gulf's favor and the subsequent Judgment (Doc. No. 114); and

8      **WHEREAS**, First Bank, thereafter, remitted the full amount owed and satisfied the
9  Judgment, and Gulf filed an Acknowledgment of Full Satisfaction of Judgment as to First Bank
10 on November 5, 2010 (Doc. No. 115);

11     **NOW THEREFORE**, Gulf and First Bank stipulate and agree that the guarantees for
12 which the Supersedeas Bond was issued are no longer necessary and, as such, the Supersedeas
13 Bond is no longer required and should be discharged, and by this Stipulation hereby request that
14 the Court issue an Order discharging the Supersedeas Bond, and releasing Fidelity and Deposit
15 Company of Maryland and its parents, affiliates and subsidiaries from any and all liability in
16 connection with the issuance of the Supersedeas Bond.

17 DATED: November 22, 2010     BUCHALTER NEMER
                                 A Professional Corporation
18
19
20                               By: __/s/ Jeffrey B. Kirschenbaum_____
                                     JEFFREY B. KIRSCHENBAUM
21                                   Attorneys for Defendant
                                     FIRST BANK
22

23 DATED: November 22, 2010     WOLKIN CURRAN, LLP
24
25                               By: __/s/ James D. Curran_____
                                     JAMES D. CURRAN
26                                   Attorneys for Plaintiff
                                     GULF INSURANCE COMPANY
27
28

# ORDER

Pursuant to and based upon the foregoing stipulated request of the parties to discharge Supersedeas Bond No. 08948940, executed by Fidelity and Deposit Company of Maryland, as surety, in the amount of $3,080,661.55 ("Supersedeas Bond"), and posted by defendant First Bank ("First Bank") to stay execution of the Court's judgment in this action ("the Judgment") pending determination of its motion for reconsideration of the Court's grant of summary judgment and entry of Judgment in favor of plaintiff Gulf Insurance Company ("Gulf") in this action, and its subsequent appeal of the Judgment to the United States Court of Appeals for the Ninth Circuit, Case No. 09-16456; and

Upon finding that the full amount owed to Gulf under the Judgment has been remitted by First Bank, as evidenced by the Acknowledgment of Satisfaction of Judgment filed with the Court by Gulf,

**THE COURT HEREBY ORDERS AND ADJUDGES** that the Judgment has been satisfied, and the Supersedeas Bond, therefore, is no longer required and is hereby fully and unconditionally discharged, released and exonerated, and Fidelity and Deposit Company of Maryland and its parents, affiliates and subsidiaries are hereby released from any and all past, present and future liability in connection with the issuance of the Supersedeas Bond.

**IT IS SO ORDERED.**

Dated:   November 22, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT